IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEGEND CONSTRUCTION SERVICES, INC., an Illinois corporation,<br><br>Defendant. | No. 18 CV 4067<br><br>Judge Shah<br><br>Magistrate Schenkier |

### NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, BRIAN C. JAMES and ARNOLD AND KADJAN, LLP voluntarily dismiss this action without prejudice and represent that the Defendant has been served but has not served an Answer or a Motion for Summary Judgment.

/s/ Brian C. James
One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

## CERTIFICATE OF SERVICE

    I, Brian C. James, being an attorney licensed to practice law in the state of Illinois, hereby certify that a copy of the foregoing NOTICE OF DISMISSAL was served on:

Legend Construction Services, Inc.
c/o Jorge G. Guitierrez-Munoz, its Registered Agent
10904 S. Avenue M
Chicago, IL 60617

this 11th day of December 2019, first class, postage prepaid by depositing a copy of the same in the US Postal substation at Wacker and Wabash on the same date.

                                            /s/ Brian C. James
                                            Brian C. James

December 11, 2019